**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS and ALLIED
CRAFTWORKERS LOCAL UNION NO. 3 et
al.,

           Plaintiffs,

  vs.

LOZANO TILE INC.,

           Defendant.
                                    /

No. C-06-5473 MEJ

**ORDER RESCHEDULING DECEMBER
7, 2006 CASE MANAGEMENT
CONFERENCE**

     The case management conference scheduled for December 7, 2006, at 10:00 A.M., in

Courtroom B., 450 Golden Gate Avenue, San Francisco, California, is hereby rescheduled to March

1, 2007 at 10:00 A.M., Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

     **IT IS SO ORDERED.**

Dated: December 6, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge