1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock, Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415 834-1842
   Attorneys for Plaintiffs
5
6
7
8
9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
12
13 BRICKLAYERS AND ALLIED CRAFTWORKERS    ) Case No. C 06 5473 MEJ
   LOCAL UNION NO. 3, AFL-CIO;            )
14 TRUSTEES OF THE NORTHERN CALIFORNIA    )
   TILE INDUSTRY PENSION TRUST; TRUSTEES  )
15 OF THE NORTHERN CALIFORNIA TILE        )
   INDUSTRY HEALTH AND WELFARE TRUST FUND;) STIPULATION FOR ENTRY
16 TRUSTEES OF THE BAC LOCAL NO. 19       ) OF JUDGMENT AND
   APPRENTICESHIP AND TRAINING TRUST      ) JUDGMENT AGAINST
17 FUND;  TILE INDUSTRY PROMOTION FUND    ) LOZANO TILE INC., AND
   OF NORTHERN CALIFORNIA, INC., a        ) STEVEN WILLIAM LOZANO
18 not-for-profit California corporation; )
   TILE EMPLOYERS CONTRACT ADMINISTRATION )
19 FUND; TRUSTEES OF THE INTERNATIONAL    )
   UNION OF BRICKLAYERS AND ALLIED        )
20 CRAFTWORKERS PENSION FUND,             )
                                          )
21      Plaintiffs,                       )
                                          )
22 vs.                                    )
                                          )
23 LOZANO TILE INC., a California         )
   corporation;                           )
24                                        )
        Defendant.                        )
25 _____)

26      WHEREAS plaintiffs and defendants have entered into a

27 settlement agreement provides that this stipulated judgment

28 against LOZANO TILE INC., and STEVEN WILLIAM LOZANO shall be

1  entered by the Court upon submission by the plaintiffs of this
2  stipulated judgment to the Court, signed by defendants, without
3  prior notice to defendants.
4     WHEREAS STEVEN WILLIAM LOZANO is not a party to this action
5  but hereby agrees and stipulates to entry of an order, without
6  further notice to Steven William Lozano or opportunity by him to
7  object, joining him as a defendant in this action.
8     NOW THEREFORE, the parties hereto request that the Court at
9  this time enter this judgment against LOZANO TILE INC., and
10 STEVEN WILLIAM LOZANO and agree to entry of this judgment at this
11 time without prior notice to or prior opportunity to object by
12 them.

**JUDGMENT**

14     This matter, having come before the undersigned Judge, and
15 the parties hereto having stipulated to partial judgment, as
16 indicated by the signature hereto of Plaintiffs and the signature
17 of LOZANO TILE INC., and STEVEN WILLIAM LOZANO, all parties to
18 this stipulation consenting to Entry of Judgment and waiving any
19 further notices regarding this stipulation, the judgment or entry
20 of judgment, and the court having reviewed the records and files
21 herein and being fully advised of the premises does hereby:
22     1. ORDER that STEVEN WILLIAM LOZANO be joined to this action
23 as a defendant.
24     2. ORDER, ADJUDGE AND DECREE that Plaintiffs do hereby have
25 judgment against LOZANO TILE INC., and STEVEN WILLIAM LOZANO, and
26 each of them, jointly and severally, in the amount of One Hundred
27 One Thousand Dollars ($101,000.00), inclusive of attorney's fees
28 and costs, plus interest at the annual rate of 5.1% calculated

from the date of entry until paid.

Dated: February 26, 2007    _____
                                  Hon. Maria-Elena James
                                  U.S. DISTRICT COURT JUDGE

[GRANTED — signed by Judge Maria-Elena James, United States District Court, Northern District of California]

    LOZANO TILE INC, understands and agrees to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.  The undersigned is the Vice President of LOZANO TILE INC, and executes this stipulation on behalf of, and with the knowledge, authorization and consent of the Board of Directors of LOZANO TILE INC, to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.

                                   LOZANO TILE INC

Dated: December 12, 2006    By:   /s/ Steven W. Lozano
                                  Steven W. Lozano, Vice President

    STEVEN WILLIAM LOZANO understands and agrees to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.  STEVEN WILLIAM LOZANO further understands, agrees and stipulates to entry of an order, without further notice to him and without any opportunity by him

1 | to object, joining him as a defendant in this action.

3 | Dated: December 12, 2006         /s/ Steven William Lozano
                                     Steven William Lozano

    The undersigned is the President of the plaintiff Union and a trustee of the plaintiff trust funds, and executes this stipulation on behalf of, and with the knowledge, authorization and consent of Plaintiffs, to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.

Dated: December 15, 2006         /s/ James Bresnahan
                                  James Bresnahan

**Attestation Of Concurrence**

    I, Kent Khtikian, declare that Steven Lozano and James Bresnahan have signed the Stipulation set forth above and that I have in my possession their signatures on this document.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 16th day of December 2006, in San Francisco, California.


                                  /s/ Kent Khtikian
                                  Kent Khtikian